UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS LENNART HELLSTROM,

    Petitioner,

v.                                        No. 2:10-CV-10772

MARY BERGHUIS,

    Respondent.
_____/

## JUDGMENT

In accordance with the April 24, 2012 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that the Petition for a Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE.  Dated at Detroit, Michigan, this 24th day of April, 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                        BY:   s/Lisa Wagner
                                Deputy Clerk
                                and Case Manager to
                                Judge Robert H. Cleland